IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ANTHONY L. EVANS,<br><br>           Plaintiff,<br>   vs.<br><br>JIM SALMONSEN, CHRISTINE KLANECKY,<br><br>           Defendants. | Cause No. CV 22-56-H-BMM-JTJ<br><br><br>ORDER |

The parties engaged in a settlement conference on May 19, 2023. (*See* Doc. 19.) Following the conference, Defendants filed a motion to vacate the remaining deadlines contained within the Court's Scheduling Order. (Doc. 20.) Defendants informed the Court that a tentative agreement for resolution of the matter had been reached and they needed additional time to finalize and implement the terms of the agreement. (*Id*. at 1-2.)

The parties filed a joint motion to dismiss this matter with prejudice on August 11, 2023. (Doc. 30.) Plaintiff subsequently advised the Court that Defendants had not yet fully complied with the terms of the settlement agreement. (Doc. 31.) Defendants responded and explained that the mailroom procedure at issue has now been revised. (Doc. 33 at 2.) Staff provided notice of the revised procedure on August 29, 2023, by broadcasting it on the inmate television station

1

and by posting the revision on the housing unit bulletin boards. (*Id*. at 3); *see also* Aff. of Salmonsen (Doc. 33-1.) Accordingly, Defendants now have delivered the affirmative relief outlined in Section 2.F of the settlement release. (*Id*.) Plaintiff has filed no objection.

ACCORDINGLY IT IS HEREBY ORDERED, the parties' Joint Motion to Dismiss (Doc. 30) is GRANTED. The above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.

The Clerk of Court is directed to notify the parties of this Order and close this matter.

DATED this 29th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court